COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-15-00073-CV

Style:      Cornelis P. Willig

v. Marcela Gutierrez Diaz

Date motion filed[*]:      July 9, 2015

Type of motion:      Motion for leave of Court to file a corrected brief

Party filing motion:      Appellant

Document to be filed:      Appellant's amended brief

Is appeal accelerated?      No

Ordered that motion is:

☑      Granted

If document is to be filed, document due: July 21, 2015

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, moot)

☐      Other: _____

Appellant's motion to amend his brief is granted. *See* TEX. R. APP. P. 38.7.

Accordingly, we order that appellant's amended brief must be filed no later than

Tuesday, July 21, 2015.

_____

Judge's signature: /s/ Chief Justice Sherry Radack

☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date:  July 14, 2015

November 7, 2008 Revision